**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Facundo LOPEZ-PEREZ, a.k.a. Jose Huerta Maldonado, a.k.a. Israel Lopez Zasueta, Defendant-Appellant.**

**No. 16-10072**

United States Court of Appeals, Ninth Circuit.

Submitted July 13, 2017 *

Filed July 17, 2017

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Kathleen Anne Servatius, Assistant U.S. Attorney, DOJ-USAO, Fresno, CA, Jeffrey A. Spivak, Assistant U.S. Attorney, US-SAC—Office of the US Attorney, Sacramento, CA, for Plaintiff-Appellee

Facundo Lopez-Perez, Pro Se

Before: HUG, FARRIS, and CANBY, Circuit Judges.

### MEMORANDUM **

Facundo Lopez-Perez appeals from the district court's judgment and challenges his guilty-plea conviction and 210-month sentence for conspiracy to distribute and possess with intent to distribute methamphetamine and heroin, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lopez-Perez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel. We have provided Lopez-Perez the opportunity to file a pro se supplemental brief. Lopez-Perez has filed motion to file a late brief and we have received a pro se supplemental brief from him.

Lopez-Perez waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Lopez-Perez's motion to file a late brief is **GRANTED**.

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED.**